UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CR. NO. 3:25 cr 002
:
v. :
: (Judge Mariani)
RAHSAAN BUTLER, :
:
Defendant

INDICTMENT

FILED
SCRANTON
JAN 07 2025
PER_____
DEPUTY CLERK

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. § 111(a)
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about December 13, 2024, at the Federal Correctional Institution at Schuylkill, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

RAHSAAN BUTLER,

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with A.R., a corrections officer employed by the United States Bureau of Prisons, while he was engaged in the performance of his official duties, with such acts of the Defendant involving physical contact with A.R.

In violation of Title 18, United States Code, Section 111(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 1791(a)(2)
(Possessing Contraband in Prison)

On or about December 13, 2024, at the Federal Correctional Institution at Schuylkill, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**RAHSAAN BUTLER,**

being an inmate of a prison, did knowingly possess a prohibited object, specifically, a weapon, and an object that is designed and intended to be used as a weapon, commonly known as a "shank."

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

GERARD M. KARAM
United States Attorney

_____
LUISA HONORA BERTI
Assistant United States Attorney

_____
FOREPERSON

1-7-25
_____
Date

2